[No. 2207]

BOARD. OF COUNTY COMMISSIONERS OF NYE COUNTY, APPELLANT, *v.* HENRY SCHMIDT AND RUSSELL WILLIAMS, COPARTNERS DOING BUSINESS UNDER THE FIRM NAME AND STYLE OF THE TONOPAH HARDWARE COMPANY, RESPONDENTS.

[157 Pac. 1073 ; 39 Nev. 456]

*Per Curiam:*

Rehearing in the above-entitled matter is hereby denied.   (December 15, 1916.)

---

[No. 2200]

P. D. McLEOD, RELATOR, *v.* THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF NYE, AND MARK R. AVERILL, JUDGE THEREOF, RESPONDENTS.

[157 Pac. 649 ; 39 Nev. 337]

*Per Curiam:*

Rehearing in the above-entitled matter is hereby denied.   (December 29, 1916.)